# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:24-cr-03028-LTS-KEM |
| Samantha Ann Meyer-Davis ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samantha Ann Meyer-Davis.

Date: 07/29/2024

/s/ Brittany A. Hedstrom
*Attorney's signature*

Brittany A. Hedstrom
*Printed name and bar number*

701 Pierce Street, Suite 400
Sioux City, IA 51101

*Address*

Brittany_Hedstrom@fd.org
*E-mail address*

(712) 252-4158
*Telephone number*

(712) 252-4194
*FAX number*