IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 24-3028 |
| vs. | ) ) | |
| SAMANTHA ANN MEYER-DAVIS, | ) ) | |
| Defendant. | ) | |

**GOVERNMENT'S UNRESISTED MOTION
TO CONTINUE SENTENCING HEARING**

COMES NOW, the United States of America and hereby files this Motion to Continue Sentencing Hearing and states to the Court as follows:

1. On July 28, 2025, U.S. Probation filed the final PSIR in this case. (Dkt. 48). Sentencing is scheduled for Wednesday, September 17, 2025, at 3:00 p.m.

2. On Saturday, September 13, 2025, the government received a request for restitution from the victim in this case. The government submitted this request with a supplemental sentencing memorandum filed at docket 58.

3. Due to the discovery of this information, defendant has requested additional information from the government pertaining to the restitution request which the government is attempting to obtain in order to avoid litigation on the matter but needs additional time to receive responses to the requested information. The government intends to supplement its sentencing memorandum once it has compiled the requested documentation.

1

4. The government believes this information will assist the court in arriving at a fair and just sentencing in this case. The government is not requesting any change to the guideline calculations, only requesting that the information regarding restitution be provided for any disposition. If additional time is provided to gather this documentation, the parties may be able to arrive at an agreed amount of restitution, or at least further narrow any issues of restitution to make the most effective and efficient use of the court's time.

5. The government has had good contact with the victim family and believe a relatively short continuance of 14 to 21 days would be sufficient to obtain the additional necessary records.

6. The government has contacted defendant's counsel, Brittany Hedstrom, regarding this request and defense has no objection to a continuance of defendant's sentencing hearing.

WHEREFORE, the United States hereby requests a continuance of defendant's sentencing hearing to be held at such time as convenient for the court and the parties.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, s/*Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Ste. 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (Fax)
Kraig.Hamit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper